No. 153, Misc. LOPEZ *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *G. C. Mann* for petitioner. *Price Daniel,* Attorney General of Texas, and

894

*V. F. Taylor* and *Calvin B. Garwood, Jr.,* Assistant Attorneys General, for respondent. 